# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Ohio

Case Number: 2:11-CV-0583

Plaintiff:
**MOMENTIVE SPECIALTY CHEMICALS INC., et al**

vs.

Defendant:
**CHARTIS SPECIALTY INSURANCE CO., et al**

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY 10019-6799

Received these papers to be served on **AON RISK SERVICES NORTHEAST, INC. C/O: CSC-LAWYERS INCORPORATING SERVICE, 50 W. BROAD STREET, SUITE 1800, COLUMBUS, OH 43215.**

I, Patrick Snyder, being duly sworn, depose and say that on the **5th day of July, 2011 at 12:03 pm, I:**

Served the above named Entity by delivering a true copy of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Corporate Disclosure Statements and Electronic Filing Policies and Procedures Manual to Deanna Schauseil, Legal Department, who stated that she is authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 130, Hair: Brown, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 7th day of July, 2011 by the affiant who is personally known to me.

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-14

Patrick Snyder
Process Server

Our Job Serial Number: CSU-2020098157

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g