# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Ohio

Case Number: 2:11-CV-0583

Plaintiff:
**MOMENTIVE SPECIALTY CHEMICALS INC., et al**

vs.

Defendant:
**CHARTIS SPECIALTY INSURANCE CO., et al**

For:
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
21st Floor
New York, NY  10019-6799

Received these papers to be served on **CHARTIS SPECIALTY INSURANCE COMPANY, 300 S. RIVERSIDE PLAZA, SUITE 2100, CHICAGO, IL 60606-6613.**

I, Shaun Dolan, being duly sworn, depose and say that on the **5th day of July, 2011** at **1:30 pm**, I:

Served the above named Entity by delivering a true copy of the Summons In A Civil Action, Complaint, Civil Cover Sheet, Corporate Disclosure Statements and Electronic Filing Policies and Procedures Manual to Crystal Darrow, Senior Executive Assistant, who stated that she is authorized to accept on behalf of the above named Entity.

**Description** of Person Served:  Age: 47,  Sex: F,  Race/Skin Color: White,  Height: 5'6",  Weight: 145,  Hair: Blonde,  Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 6th day of July, 2011 by the affiant who is personally known to me.

"OFFICIAL SEAL"
Thomas F Dolan III
Notary Public, State of Illinois
My Commission Expires 5/12/2013

**Shaun Dolan**
Process Server

Our Job Serial Number: CSU-2020098159

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g