FILED
JAMES BONINI
CLERK

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

2011 JUL 13 PM 2: 05

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| MOMENTIVE SPECIALTY CHEMICALS INC. f/k/a Hexion Specialty Chemicals, Inc. f/k/a Borden Chemical, Inc., MOMENTIVE QUÍMICA DO BRASIL LTDA. f/k/a Hexion Química Indústria e Comércio Ltda. f/k/a Hexion Química Indústria e Comércio S.A. f/k/a Borden Química Indústria e Comércio Ltda., <br><br>Plaintiffs, <br><br>v. <br><br>CHARTIS SPECIALTY INSURANCE COMPANY f/k/a American International Specialty Lines Insurance Company, WILLIS NORTH AMERICA, INC., AON RISK SERVICES NORTHEAST, INC. <br><br>Defendants. | No.: 11-cv-583 <br><br><br><br>**MOTION FOR ADMISSION OF TAMARA BRUNO** <br>*PRO HAC VICE* |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Albert Lucas, trial attorney for Plaintiffs in the above-referenced action, hereby moves the court to admit Tamara Bruno *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that Tamara Bruno is a member in good standing of the highest court of New York as attested by the accompanying certificate from the New York Appellate Division (attached as Exhibit A) and that Tamara Bruno is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

1. Tamara Bruno understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

2. Tamara Bruno's relevant identifying information is as follows:

{01175470.DOC;1}

| | |
|---|---|
| Business telephone: | (212) 506-3309 |
| Business fax: | (212) 500-1800 |
| Business address: | Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019 |
| Business e-mail address: | tbruno@kasowitz.com |

By: _____
Albert J. Lucas (0007676)
Trial Counsel
Calfee, Halter & Griswold LLP
1100 Fifth Third Center
21 East State Street
Columbus, Ohio 43215
(614) 621-7002
(614) 621-0010 (fax)

Trial Attorney for Plaintiffs
*Momentive Specialty Chemicals Inc.
and Momentive Quimica Do Brasil
Ltda.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via ordinary U.S. mail, postage paid, this 13th day of July, 2011, upon the following:

Willis North America, Inc.
c/o CT Corporation System
800 S. Gay Street, Suite 2021
Knoxville, TN 37929

Chartis Specialty Insurance Company
300 S. Riverside Plaza, Suite 2100
Chicago, IL 60606-6613

AON Risk Services Northeast, Inc.
c/o CSC-Lawyers Incorporating Service
50 W. Broad Street, Suite 1800
Columbus, OH 43215

_____
One of the Attorneys for Plaintiffs



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Matthew G. Kiernan**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Tamara Dawn Bruno** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **23rd** day of **June 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **July 07, 2011.**

*Matthew G. Kiernan*
Clerk of the Court



EXHIBIT A