FILED
JAMES BONINI

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION** 2011 JUL 13 PM 1:49

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

MOMENTIVE SPECIALTY CHEMICALS INC. f/k/a
Hexion Specialty Chemicals, Inc. f/k/a Borden
Chemical, Inc., MOMENTIVE QUÍMICA DO BRASIL
LTDA. f/k/a Hexion Química Indústria e Comércio
Ltda. f/k/a Hexion Química Indústria e Comércio S.A.
f/k/a Borden Química Indústria e Comércio Ltda.,

: No.: 11-cv-583

Plaintiffs,

v.

**MOTION FOR ADMISSION OF**
**RANDY PAAR**
***PRO HAC VICE***

CHARTIS SPECIALTY INSURANCE COMPANY
f/k/a American International Specialty Lines Insurance
Company, WILLIS NORTH AMERICA, INC., AON
RISK SERVICES NORTHEAST, INC.

Defendants.

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Albert Lucas, trial attorney for Plaintiffs in the above-referenced action, hereby moves the court to admit Randy Paar *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that Randy Paar is a member in good standing of the highest court of New York as attested by the accompanying certificate from the New York Appellate Division (attached as Exhibit A) and that Randy Paar is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

1. Randy Paar understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

2. Randy Paar's relevant identifying information is as follows:

{01175465.DOC;1}

| | |
|---|---|
| Business telephone: | (212) 506-3324 |
| Business fax: | (212) 500-1800 |
| Business address: | Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, New York 10019 |
| Business e-mail address: | rpaar@kasowitz.com |

By: /s/ Albert J. Lucas

Albert J. Lucas (0007676)
Trial Counsel
Calfee, Halter & Griswold LLP
1100 Fifth Third Center
21 East State Street
Columbus, Ohio 43215
(614) 621-7002
(614) 621-0010 (fax)

Trial Attorney for Plaintiffs
*Momentive Specialty Chemicals Inc.
and Momentive Quimica Do Brasil
Ltda.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via ordinary U.S. mail, postage paid, this 13th day of July, 2011, upon the following:

Willis North America, Inc.
c/o CT Corporation System
800 S. Gay Street, Suite 2021
Knoxville, TN 37929

Chartis Specialty Insurance Company
300 S. Riverside Plaza, Suite 2100
Chicago, IL 60606-6613

AON Risk Services Northeast, Inc.
c/o CSC-Lawyers Incorporating Service
50 W. Broad Street, Suite 1800
Columbus, OH 43215

_____
One of the Attorneys for Plaintiffs

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## **RANDY PAAR**

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 1, 1976**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 7, 2011

Clerk of the Court

1881



EXHIBIT A