# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MOMENTIVE SPECIALTY
CHEMICALS, INC.**, *et al.*,

    **Plaintiff,**

vs.

**CHARTIS SPECIALTY INSURANCE
COMPANY**, *et al.*,

    **Defendants.**

Case No. C2-11-cv-583
Judge Edmund A. Sargus, Jr.
Magistrate Judge E.A. Preston Deavers

## ORDER

For good cause shown, the Motions for Admission *pro hac vice* of Tamara Bruno, Randy Paar and Brian Condon (ECF Nos. 12, 13, & 14 ), on behalf of Plaintiffs are **GRANTED**, conditional upon Ms. Bruno and Messrs. Paar and Condon registering for electronic filing with this Court, or seeking leave to be excused from doing so, within fourteen (14) days of date of this Order.

**IT IS SO ORDERED.**

DATE: July 14, 2011

        s/ *Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**