IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MOMENTIVE SPECIALTY CHEMICALS, INC., et al., | ) CASE NO.: 2:11-CV-583 )  ) JUDGE EDMUND A. SARGUS |
| Plaintiffs, | ) ) |
| vs. | ) **NOTICE OF APPEARANCE** ) |
| CHARTIS SPECIALTY INSURANCE COMPANY, et al., | ) ) ) |
| Defendants. | ) |

Please take notice of the appearance of Crystal L. Nicosia as counsel for Defendant Chartis Specialty Insurance Company in the captioned matter.

                              Respectfully submitted,

                              */s/ Crystal L. Nicosia*
                              STEVEN G. JANIK (0021934)
                              CRYSTAL L. NICOSIA (0077875)
                              JANIK L.L.P.
                              9200 South Hills Boulevard, Suite 300
                              Cleveland, Ohio 44147-3521
                              (440) 838-7600 • Fax (440) 838-7601
                              Email:   Steven.Janik@Janiklaw.com
                                                 Crystal.Nicosia@Janiklaw.com

                              *Attorneys for Defendant Chartis Specialty Insurance Company*

{00479233; 1; 0002-3787; AW}

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 18th day of July, 2011.  Notice of this filing will be sent to Of Counsel for Plaintiffs, Randy Paar, Brian Condon and Tamara Bruno, KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, 1633 Broadway, New York, NY  10019, Defendant Willis North America, Inc., c/o CT Corporation System, 800 S. Gay Street, Suite 2021, Knoxville, TN  37929 and Counsel for Defendant AON Risk Services Northeast, Inc., James E. Arnold, James E. Arnold & Associates, LPA, 115 W. Main Street, 4th Floor, Columbus, Ohio  43215 via regular U.S. Mail, postage prepaid this 18th day of July, 2011.

*/s/ Crystal L. Nicosia*
*One of the Attorneys for Defendant Chartis Specialty Insurance Company*