UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MOMENTIVE SPECIALTY CHEMICALS, INC.,** *et al.*,

    **Plaintiffs,**

  v.

                                    **Civil Action 2:11-cv-00583**
                                    **Judge Edmund A. Sargus**
                                    **Magistrate Judge E.A. Preston Deavers**

**CHARTIS SPECIALTY INSURANCE COMPANY,** *et al.*,

    **Defendants.**

## ORDER

The Motions for Admission *Pro Hac Vice* of Melissa A. Natale and Michael H. Cohen (ECF Nos. 17, 18.) on behalf of Defendant are **GRANTED** conditional upon registration for electronic filing with this Court or seeking leave to be excused from doing so within fourteen (14) days of date of this Order.

**IT IS SO ORDERED.**

Date: July 19, 2011                                                        /s/ *Elizabeth A. Preston Deavers*
                                                                           Elizabeth A. Preston Deavers
                                                                           United States Magistrate Judge