UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MOMENTIVE SPECIALTY**
**CHEMICALS, INC.**, *et al.*,

    **Plaintiffs,**

v.

    Civil Action 2:11-cv-00583
    Judge Edmund A. Sargus
    Magistrate Judge E.A. Preston Deavers

**CHARTIS SPECIALTY INSURANCE**
**COMPANY**, *et al.*,

    **Defendants.**

## ORDER

For good cause shown, Defendant Aon Risk Services Northeast, Inc.'s Motion for Extension of Time in Which to Move or Plead [Doc. 20] is hereby **GRANTED**. Aon shall have until August 25, 2011 in which to move or plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Date: July 21, 2011

    /s/ *Elizabeth A. Preston Deavers*
    Elizabeth A. Preston Deavers
    United States Magistrate Judge