UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOMENTIVE SPECIALTY CHEMICALS, INC., et al., | ) ) ) | CASE NO. 2:11-CV-00583 |
| Plaintiffs, | ) ) ) ) ) | JUDGE EDMUND A. SARGUS MAGISTRATE JUDGE ELIZABETH DEAVERS |
| v. | ) ) | ***UNOPPOSED MOTION FOR EXTENSION OF TIME*** |
| CHARTIS SPECIALTY INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

Defendant Chartis Specialty Insurance Company ("CSIC") respectfully moves the Court for an extension of time until September 26, 2011, in which to move or plead to Plaintiffs' Complaint in the captioned matter.  Counsel for CSIC has conferred with Plaintiffs' counsel, who advised that they do not object to the requested extension of time per an agreement dated July 18, 2011 by which CSIC and Plaintiffs have agreed to, among other things, exchange documents on or before August 19, 2011.  CSIC respectfully submits that the additional time is not requested for purposes of delay and that granting of the present Motion will not prejudice the parties, but rather will further the interests of justice in the captioned matter.  *See Ungar v. Sarafite*, 376 U.S. 575 (1964); *Noble v. Black*, 539 F.2d 586 (6th Cir. 1976).  CSIC has not requested any prior extensions of time.

Respectfully submitted,

*/s/ Crystal L. Nicosia*
STEVEN G. JANIK (0021934)
CRYSTAL L. NICOSIA (0077875)
JANIK L.L.P.
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147-3521
(440) 838-7600 • Fax (440) 838-7601
Email: Steven.Janik@Janiklaw.com
          Crystal.Nicosia@Janiklaw.com

MELISSA A. NATALE (pro hac vice)
MICHAEL H. COHEN (pro hac vice)
SAIBER, LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932-2266

*Counsel for Defendant Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 22nd day of July, 2011.  Notice of this filing will be sent to Counsel for Plaintiffs, Albert J. Lucas, Brian Condon, Randy Paar and Tamara Bruno and Counsel for Defendant Aon Risk Services Northeast, Inc., Matthew J. Burkhart by operation of the Court's filing system.  Parties may access this filing through the Court's system.  Notice of this filing will be sent to Counsel for Plaintiffs, Michael Brittain, Calfee, Halter & Griswold, 1400 McDonald Investment Center, 800 Superior Avenue, Suite 1800, Cleveland, Ohio 44114-2688 and Defendant Willis North America, Inc., c/o CT Corporation System, 800 S. Gay Street, Suite 2021, Knoxville, TN  37929 via regular U.S. Mail, postage prepaid this 22nd day of July, 2011.

> */s/ Crystal L. Nicosia*
> *One of the Attorneys for Defendant Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company*