IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MOMENTIVE SPECIALTY CHEMICALS, INC.**, *et al.*, | : | |
| | : | Civil Action 2:11-cv-0583 |
| Plaintiffs, | : | |
| | : | Judge Edmund A. Sargus, Jr. |
| v. | : | |
| | : | Magistrate Judge E.A. Preston Deavers |
| **CHARTIS SPECIALTY INSURANCE COMPANY**, *et al.*, | : | |
| Defendants. | | |

### ORDER

Defendant Chartis Specialty Insurance Company's Unopposed Motion for Extension of Time (ECF No. 23) is **GRANTED**. Defendant may have until **SEPTEMBER 26, 2011** in which to move or plead to Plaintiffs' Complaint.

IT IS SO ORDERED.

DATE: July 25, 2011                    /s/ *Elizabeth A. Preston Deavers*
                                        **ELIZABETH A. PRESTON DEAVERS**
                                        **UNITED STATES MAGISTRATE JUDGE**