IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOMENTIVE SPECIALTY CHEMICALS, INC., et al., | ) ) ) | CASE NO. 2:11CV00583 |
| | ) | JUDGE SARGUS |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | **ORDER** |
| CHARTIS SPECIALTY INSURANCE COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS on this 26th day of July 2011, hereby ODERED and ADJUDGED that Defendant Willis North America, Inc.'s Unopposed Motion for Extension of Time in Which to Move or Plead is hereby GRANTED. Willis shall have until August 25, 2011 to move or plead in response to Plaintiffs' Complaint.

JUDGE ~~SARGUS~~
PRESTON DEAVERS

Doc 6732935  Ver 1