# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MOMENTIVE SPECIALTY CHEMICALS, INC.** *et al.*,

    **Plaintiffs,**

  vs.

**CHARTIS SPECIALTY INSURANCE, INC.**, *et al*.,

    **Defendants.**

Case No. C2-11-cv-583
Judge Edmund A. Sargus, Jr.
Magistrate Judge E.A. Preston Deavers

## ORDER

For good cause shown, the Motion for Admissions *pro hac vice* of Timothy J. P. Rooney, Norman K. Beck, Linda T. Coberly, and Kevin P. McCormick (ECF No. 27) on behalf of Defendant Aon Risk Services Northeast, Inc. is **GRANTED**, conditional upon Messrs. Rooney, Beck and McCormick and Ms. Coberly registering for electronic filing with this Court, or seeking leave to be excused from doing so, within fourteen (14) days of date of this Order.

    **IT IS SO ORDERED.**


DATE: July 29, 2011

    *s/  Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE