IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MOMENTIVE SPECIALTY
CHEMICALS, INC., ET AL.,

        Plaintiffs,

V.                              CASE NO. C2-11-583
                                 JUDGE EDMUND A. SARGUS, JR.
                                 MAGISTRATE JUDGE E. A. PRESTON DEAVERS

CHARTIS SPECIALTY
INSURANCE COMPANY, ET AL.,

        Defendants.

### ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

IT IS SO ORDERED.

11-15-2011
DATE

                                                    EDMUND A. SARGUS, JR.
                                                    UNITED STATES DISTRICT JUDGE