# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**MOMENTIVE SPECIALTY CHEMICALS, INC.,** *et al.*,

    Plaintiffs,

v.

    Civil Action 2:11-cv-583
    Judge James L. Graham
    Magistrate Judge Elizabeth P. Deavers

**CHARTIS SPECIALTY INSURANCE COMPANY,** *et al.*,

    Defendants.

## ORDER

This case has been stayed since April 3, 2014, pending resolution of related litigation in Brazil. (ECF No. 92.) On December 29, 2017, Plaintiffs filed the parties' Joint Status Report indicating that further proceedings remain pending in Brazil. (ECF No. 110.) Rather than extending the stay further, the Clerk is **DIRECTED** to administratively close this action. Either party may move to reopen this action if necessary.

    **IT IS SO ORDERED.**


Date: January 3, 2018          /s/ *Elizabeth A. Preston Deavers*
        ELIZABETH A. PRESTON DEAVERS
        UNITED STATES MAGISTRATE JUDGE