## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Momentive Specialty Chemicals, Inc. et al., <br><br> Plaintiffs <br><br> v. <br><br> Chartis Specialty Insurance Company, et al., <br><br> Defendants | Case No.: 2:11-cv-00583 <br><br> Judge Graham <br> Magistrate Judge Deavers |

## NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that on April 1, 2019, Hexion Holdings LLC, Hexion LLC, Hexion Inc., Lawter International Inc., Hexion CI Holding Company (China) LLC, Hexion Nimbus Inc., Hexion Nimbus Asset Holdings LLC, Hexion Deer Park LLC, Hexion VAD LLC, Hexion 2 U.S. Finance Corp., Hexion HSM Holdings LLC, Hexion Investments Inc., Hexion International Inc., North American Sugar Industries Incorporated, Cuban-American Mercantile Corporation, The West India Company, NL Coop Holdings LLC, and Hexion Nova Scotia Finance, ULC (collectively, the "**Debtors**") commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases are now pending before The Honorable Kevin Gross, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Hexion Holdings LLC, et al.*, Chapter 11 Case No. 19-10684 (KG).

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has been

automatically stayed as against the Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that the filing of a petition to commence a chapter 11 case operates as a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case..." 11 U.S.C. §§ 362(a)(1) & (6).

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or free of charge via the website maintained by the Debtors' proposed Claims and Noticing Agent, Omni Management Group, Inc., at http://www.omnimgt.com/HexionRestructuring or by contacting counsel for the Debtors: (a) Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, (302) 651-7700 (Attn: Mark D. Collins, Esq., Michael J. Merchant, Esq., and Amanda R. Steele, Esq.) and (b) Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn: George A. Davis, Esq., Andrew M. Parlen, Esq. and H. Murtagh, Esq.) and Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800 Chicago, Illinois 60611 (Attn: Caroline A. Reckler, Esq. and Jason B. Gott, Esq.).

Dated: April 1, 2019
       Wilmington, Delaware

                                       */s/ Albert J. Lucas*
                                       Albert J. Lucas (0007676)
                                       Jason J. Blake (0087692)
                                       CALFEE, HALTER & GRISWOLD LLP
                                       41 S. High Street, Suite 1200
                                       Columbus, Ohio 43215

             Telephone: (614) 221-1500
             Facsimile: (614) 621-0010
             alucas@calfee.com
             jblake@calfee.com
             Counsel for Defendant Momentive Specialty Chemicals,
             Inc., formerly known as Hexion Specialty Chemicals, Inc.
             formerly known as Borden Chemical, Inc.

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 1st day of April, 2019, he caused a copy of the foregoing *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings* to be served upon the following parties in the manner indicated below:

### **By First Class Mail:**

Steven G. Janik, Esq.
Crystal L. Maluchnik, Esq.
Janik LLP
9200 South Hills Blvd.
Suite 300
Cleveland, Ohio 44147
Steven.Janik@janiklaw.com
Crystal.maluchnik@janiklaw.com

Melissa A. Natale, Esq.
Michael H. Cohen, Esq.
Saiber LLC
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932
mnatale@saiber.com
mcohen@saiber.com

David W. Mellott, Esq.
Nicole D. Schaefer
Clare R. Taft
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Dmellott@beneschlaw.com
nschaefer@beneschlaw.com
ctaft@beneschlaw.com

4812-3127-4385, v.2

Robin D. Leone, Esq.
Saul Ewing LLP
500 East Pratt Street – 8th Floor
Baltimore, MD 21202
ebaines@saul.com
rleone@saul.com

James E. Arnold, Esq.
Damion M. Clifford, Esq.
115 West Main Street
4th Floor
Columbus, OH 43215
jarnold@arnlaw.com
dclifford@arnlaw.com

Kevin P. McCormick, Esq.
Normal K. Beck, Esq.
Timothy J.P. Rooney, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
kmccormick@winston.com
nbeck@winston.com
trooney@winston.com

Scott J. Stitt
Tucker Ellis LLP
175 South Third Street
Suite 520
Columbus, OH 43215
Scott.stitt@tuckerellis.com

William Evan Price, II
Law Offices of W. Evan Price, II LLC
5650 Blazer Parkway
Suite 100
Dublin, OH 43017
eprice@epricelaw.com

/s/ Albert J. Lucas
Albert J. Lucas (0007676)
Counsel for Defendant Momentive Specialty
Chemicals, Inc., formerly known as Hexion
Specialty Chemicals, Inc.
formerly known as Borden Chemical, Inc.

4812-3127-4385, v.2